| | |
|---|---|
| Martin R. Lueck (admitted *pro hac vice*)<br>    *MRLueck@rkmc.com*<br>Emmett J. McMahon (admitted *pro hac vice*)<br>    *EJMcMahon@rkmc.com*<br>Jamie R. Kurtz (admitted *pro hac vice*)<br>    *JRKurtz@rkmc.com*<br>Kristine A. Tietz (admitted *pro hac vice*)<br>    *KATietz@rkmc.com*<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Facsimile:  (612) 349-4181 | Larry R. Laycock (UT Bar No. 4868)<br>    *LLaycock@mabr.com*<br>Jared J. Braithwaite (UT Bar No. 12455)<br>    *JBraithwaite@mabr.com*<br>MASCHOFF BRENNAN LAYCOCK<br>GILMORE ISRAELSEN & WRIGHT<br>201 South Main Street, Suite 600<br>Salt Lake City, UT 84111<br>Telephone: (435) 252-1360<br>Facsimile:  (435) 252-1361 |

Matthew B. McFarlane (admitted *pro hac vice*)
    *MBMcFarlane@rkmc.com*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Ave., 34th Floor
New York, NY 10022
Telephone: (212) 980-7400
Facsimile:  (212) 980-7499

*Attorneys for Defendants Quest Diagnostics Incorporated
& Quest Diagnostics Nichols Institute*

[Additional Counsel for Defendants listed on last page]

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: BRCA1- AND BRCA2-BASED HEREDITARY CANCER TEST PATENT LITIGATION** | MDL Case No. 2:14-MD-2510 RJS<br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin B. Pead** |

**DEFENDANTS' SHORT FORM MOTION TO COMPEL PRODUCTION OF A 30(b)(6)
WITNESS TO TESTIFY REGARDING TOPIC NOS. 93-98**

Defendants seek testimony on 30(b)(6) topics related to positions taken by Myriad in prior litigations involving the patents and technology at issue in this case. (Ex. A; Topic Nos. 93-98).

The Court has already stated that Myriad's prior positions are pertinent to this litigation. Dkt. No.

55, fn. 4. During those litigations, Myriad took positions regarding the patented technology and other issues that are relevant to this litigation. For example, the CEO of Myriad testified during his deposition that he believed that Myriad had taken positions regarding available non-infringing alternatives during the *AMP* litigation. (Ex. B). Myriad, however, refuses to designate a witness to testify regarding the prior litigations. Instead, Myriad argues that (1) the information sought is privileged, (2) seeks information regarding Myriad's contentions, and (3) is publicly available. (Ex. C)

As an initial matter, Myriad does not dispute that the testimony sought by Defendants in response to these topics is relevant. There is no doubt that it is—positions taken relating to the same or similar technologies are highly relevant and constitute party admissions. These may include admissions regarding the strength of various patents, non-infringing alternatives, etc. There is no doubt that this information falls within the broad scope of Rule 26.

Myriad's objections are baseless. First, Defendants are not asking for privileged information but merely seeking testimony regarding the ultimate positions that Myriad previously took and the underlying factual bases for those positions. To the extent Myriad believes that Defendants' questions implicate privilege, Myriad is welcome to instruct the witness not to answer and the parties can determine what to do from there.

Second, Myriad's attempt to avoid offering responsive corporate testimony, by arguing that the topics necessarily implicate contentions, is without merit. Just because the positions taken were in litigation does not mean that they were contentions. Even if they were contentions in the prior litigation, they are now facts. At a minimum, Defendants are entitled to know the underlying facts that formed the bases for those contentions.

Finally, Myriad's argument that the requested testimony is publicly available also fails. Myriad's prior discovery responses and deposition transcripts are not publicly available and cannot be found on any Court docket. Further, Myriad has refused to produce such information in this case. As such, Myriad is trying to hamstring Defendants from discovering information regarding prior positions taken by Myriad that are highly likely to be directly relevant to issues in this case. Myriad should not be allowed to hide behind baseless objections to preclude Defendants from discovering this information. There can be no doubt that Myriad is in the best position to provide this highly relevant discovery.

Defendants accordingly request that the Court hear oral argument on these crucial matters and compel Myriad to produce a 30(b)(6) witness on these topics. Defendants certify that the parties made reasonable efforts to reach agreement on the disputed matters during a telephonic conference on October 20, 2014 at 2:30 p.m. in which counsel for all plaintiffs and all defendants participated.

Dated: October 23, 2014          By:  /s/ Jared J. Braithwaite
                                 Larry R. Laycock
                                 Jared J. Braithwaite
                                 MASCHOFF BRENNAN LAYCOCK GILMORE
                                 ISRAELSEN & WRIGHT

                                 Martin R. Lueck
                                 Emmett J. McMahon
                                 Matthew B. McFarlane
                                 Jamie R. Kurtz
                                 Kristine A. Tietz
                                 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                 *Attorneys for Defendants*
                                 *Quest Diagnostics Incorporated and*
                                 *Quest Diagnostics Nichols Institute*

Dated: October 23, 2014          By:  /s/ William G. Gaede, III
                                 William G. Gaede, III
                                 Eric Hagen
                                 McDermott Will & Emery
                                 275 Middlefield Road, Suite 100
                                 Menlo Park, CA 94025
                                 wgaede@mwe.com
                                 ehagen@mwe.com

                                 Edgar Cataxinos
                                 Trask Britt
                                 230 S 500 E # 300
                                 Salt Lake City, UT 84102
                                 ercataxinos@traskbritt.com

                                 *Attorneys for Defendant Ambry Genetics, Inc.*

Dated: October 23, 2014          By:  /s/ Colin T. Kemp
                                 Robert S. Clark
                                 Rita M. Cornish
                                 Parr Brown Gee & Loveless
                                 185 South State Street, Suite 800
                                 Salt Lake City, UT 84111
                                 rclark@parrbrown.com
                                 rcornish@parrbrown.com

                Kirke M. Hasson
                Colin T. Kemp
                Pillsbury Winthrop Shaw Pittman LLP
                Four Embarcadero Center, 22nd Floor
                Post Office Box 2824
                San Francisco, CA 94126-2824
                kirke.hasson@pillsburylaw.com
                colin.kemp@pillsburylaw.com

                Richard L. Blaylock
                Pillsbury Winthrop Shaw Pittman LLP
                12255 El Camino Real, Ste. 300
                San Diego, CA 92130
                Tel. 858.847.4110
                Richard.blaylock@pillsburylaw.com

                *Attorneys for Defendant Invitae Corporation*

Dated: October 23, 2014      By:  */s/ Matias Ferrario*
                Nathan D. Thomas
                Elizabeth M. Butler
                JONES WALDO HOLBROOK &
                MCDONOUGH, PC
                170 S. Main Street, Suite 1500
                Salt Lake City, UT 84101-1644
                nthomas@joneswaldo.com
                ebutler@joneswaldo.com

                Matias Ferrario
                Leslie T. Grab
                KILPATRICK TOWNSEND &
                STOCKTON LLP
                1001 West Fourth Street
                Winston-Salem, NC 27104
                mferrario@kilpatricktownsend.com
                lgrab@kilpatricktownsend.com

                                Susan A. Cahoon
                                KILPATRICK TOWNSEND &
                                STOCKTON LLP
                                Suite 2800
                                1100 Peachtree Street NE
                                Atlanta, GA 30309

                                *Attorneys for Defendant Laboratory Corporation of America Holdings*

Dated: October 23, 2014        By:  */s/ Jess M. Krannich*
                                Jess M. Krannich
                                MANNING CURTIS BRADSHAW
                                & BEDNAR LLC
                                136 East South Temple, Suite 1300
                                Salt Lake City, UT 84111
                                jkrannich@mc2b.com

                                Daralyn J. Durie
                                Mark A. Lemley
                                DURIE TANGRI LLP
                                217 Leidesdorff Street
                                San Francisco, CA 94111
                                ddurie@durietangri.com
                                mlemley@durietangri.com

                                Nicholas Groombridge
                                Kira A. Davis
                                PAUL, WEISS, RIFKIND,
                                WHARTON & GARRISON LLP
                                1285 Avenue of the Americas
                                New York, NY 10019-6064
                                ngroombridge@paulweiss.com
                                kdavis@paulweiss.com

                                *Attorneys for Defendant Counsyl, Inc.*

Dated:  October 23, 2014       By:  */s/ Paul Tripodi*
                                Paul D. Tripodi, II
                                WILSON SONSINI GOODRICH & ROSATI
                                633 West 5th Street, Suite 1550
                                Los Angeles, CA  90071
                                brca@wsgr.com

|  |  |
|---|---|
|  | Mark Bettilyon<br>RAY QUINNEY & NEBEKER<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111<br>mbettilyon@rqn.com<br><br>Lesli Gallagher<br>PATHWAY GENOMICS CORP.<br>4755 Nexus Center Dr.<br>San Diego, CA 92121<br>lesli.gallagher@pathway.com<br><br>*Attorneys for Pathway Genomics* |
| Dated: October 23, 2014 | By:  /s/ *Jeremiah B. Frueauf*<br>Charles L. Roberts<br>Wasatch-IP<br>2825 East Cottonwood Pkwy, Ste. 500<br>Salt Lake City, UT 84121<br>croberts@wasatch-ip.com<br><br>Hemant K. Sabharwal<br>Jeremiah B. Frueauf<br>Jorge A. Goldstein<br>Nirav N. Desai<br>Sterne Kessler Goldstein & Fox, PLLC<br>1100 New York Ave NW<br>Washington, DC 20005<br>keetos@skgf.com<br>jfrueauf@skgf.com<br>jgold@skgf.com<br>ndesai@skgf.com<br><br>*Attorneys for Defendant GeneDx* |

## **CERTIFICATE OF SERVICE**

On this 23rd day of October 2014, I certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel of record herein:

Dated: October 23, 2014

*/s/ Jared J. Braithwaite*
Jared J. Braithwaite
