IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE: BRCA1AND BRCA2-BASED HEREDITARY CANCER TEST PATENT LITIGATION | **MDL Case 2:14-MD-02510** |
| THIS DOCUMENT RELATES TO: | |
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, et. al., | **Case No. 2:14-cv-442-RJS** |
| Plaintiffs, | |
| vs. | **Judge Robert J. Shelby** |
| PATHWAY GENOMICS CORPORATION, | |
| Defendant. | |

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that all claims in the action styled *University of Utah Research Foundation, et al. v. Pathway Genomics Corporation*, Case No. 2:14-cv-442-RJS are dismissed without prejudice. Each party will bear its own attorney fees and costs.

DATED this 23rd day of January, 2015.

_____
Hon. Robert J. Shelby
United States District Judge